PENGUIN GROUP (USA) INC., Appellant, v AMERICAN BUDDHA, Respondent.

Submitted December 13, 2010; decided January 6, 2011

*See* 609 F3d 30.

Motion by Public Citizen for leave to appear amicus curiae on consideration of the certified question herein granted only to the extent that the proposed brief is accepted as filed. Two copies of the brief must be served and 24 copies filed within seven days.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v COREY GAMBLE, Appellant.

Submitted December 20, 2010; decided January 6, 2011

Motion for assignment of counsel granted and Richard M. Greenberg, Esq., Office of the Appellate Defender, 11 Park Place, Suite 1601, New York, NY 10007 assigned as counsel to the appellant on the appeal herein.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PHILIP GEORGE, Appellant.

Submitted December 27, 2010; decided January 6, 2011

Motion for an extension of the time within which to apply for permission to appeal pursuant to CPL 460.20 dismissed as untimely.

Judge PIGOTT taking no part.